IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

WALTER RAGLAND
ADC #138202                                                                                                    PLAINTIFF

V.                                    CASE NO. 3:15-CV-00094 BSM/BD

A. HUCKABEE and JANE DOE                                                                      DEFENDANTS

## ORDER

Plaintiff Walter Ragland, an inmate in the Greene County Detention Facility, filed this case *pro se* under 42 U.S.C. § 1983, alleging that he was not provided adequate medical treatment while housed at the Detention Facility. (Docket entry #2) He sued the Defendants, however, in their official capacities only. The Court provided Mr. Ragland an opportunity to amend his complaint. (#6)

Although Mr. Ragland has not filed an amended complaint, he has requested a new § 1983 complaint form. (#8) That motion is granted, and Mr. Ragland will have one more opportunity to amend his complaint to clarify in what capacity he seeks to sue the Defendants. Mr. Ragland has thirty days from the date of this order to file his amended complaint.

The Clerk of the Court is directed to include a 42 U.S.C. § 1983 complaint form, along with a copy of this Order.

IT IS SO ORDERED, this 1st day of July, 2015.

_____
UNITED STATES MAGISTRATE JUDGE