IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

WALTER RAGLAND
ADC #138202                                                                                    PLAINTIFF

v.                          CASE NO. 3:15-CV-00094 BSM

A. HUCKABEE and JANE DOE                                                       DEFENDANTS

## ORDER

The recommended disposition submitted by United States Magistrate Judge Beth Deere has been reviewed. No objections have been filed. After careful consideration, the recommended disposition is adopted in all respects.

IT IS THEREFORE ORDERED that Ragland's complaint [Doc. No. 2] is dismissed without prejudice.

DATED this 15th day of September 2015.

_____
UNITED STATES DISTRICT JUDGE