IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

**WALTER RAGLAND**
**ADC #138202**                                                                           **PLAINTIFF**

**v.**                  **CASE NO. 3:15-CV-00094 BSM**

**A. HUCKABEE and JANE DOE**                             **DEFENDANTS**

**JUDGMENT**

Consistent with the order entered on this day, this case is dismissed without prejudice.

IT IS SO ORDERED this 15th day of September 2015.

_____
UNITED STATES DISTRICT JUDGE

0